Carole Ann Wallace • 4901 West Park Drive • Austin, TX 78731-5535

February 17, 2015

Twelfth Court of Appeals
1517 West Front St., Ste. 354
Tyler, TX 75702

Re: NO. 12-14-00343-CV
Wallace vs. Hernandez

To The Honorable Court:

I received your notice confirming an ordinary citizen of this State has no remedy for erroneous judicial decisions. No action at this point can be had since appellant was forced to obey the erroneous judicial decision that she had to pay what the court ordered. That money is now gone and no avenue exits for its return.

And Texas provided no avenue to effectively appeal. No judge will grant a motion to appeal an erroneous decision made.

As I stated in my letter to the Twelfth Court dated 12/20/2014 (requesting clarification which was not provided), I am enclosing a copy of the trial court's signed order not granting permission to appeal. I was unable to submit that copy before now because I was not provided a copy of the signed order by the trial court. I had to secure a copy of that signed order by visiting the Henderson County District Clerk's office.

On review of papers accessible from the Twelfth Court's web site, I further note the opposition attorney certified to the Twelfth Court that he had forwarded by certified mail, return receipt requested, a copy of the signed order to me on 1/7/2015.

For your record, the above certified statement is untrue. If a copy of that "certified" mail, return receipt is ever presented, I would like to verify the signature of receipt.

What the attorney provided, postmarked 1:00pm 12/19/2014, was a proposed order not granting permission to appeal.

The Twelfth Court issued a letter dated 11/24/2014, stating the appellant did not timely appeal the 9/24/2014 order signed by the trial court.

I am requesting the Twelfth Court to inform me what source of information led it to make that determination. You can respond to the above listed address.

Thank you,

Carole Ann Wallace
Carole Ann Wallace
*Pro se*

CAUSE NO. 2014C-0199

| CAROLE ANN WALLACE | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HENDERSON COUNTY, TEXAS |
| | § | |
| BARBARA LOUISE HERNANDEZ, | § | |
| | § | |
| Defendant. | § | 3RD JUDICIAL DISTRICT |

FILED FOR RECORD

At_____ O'clock_____M.

DEC 19 2014

District Clerk
Henderson County, Texas

_____, Deputy

## ORDER DENYING PLAINTIFF'S MOTION TO AMEND ORDER TO INCLUDE PERMISSIVE APPEAL

On December 19, 2014, the Court called for hearing Plaintiff's Motion to Amend Order to Include Permissive Appeal. Plaintiff appeared in person, pro se, and announced ready. Defendant appeared through her attorney of record, Michael Grimes, via telephone, and announced ready. The Court having considered and read the papers and pleadings filed in connection with the motion, and having heard the arguments of Plaintiff and Defense Counsel,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend Order to Include Permissive Appeal in hereby denied.

SIGNED on this _____ day of ___12/19___, 2014.

_____
JUDGE PRESIDING



DISTRICT COURT OF HENDERSON COUNTY, TEXAS

CERTIFIED COPY